UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
KIM EMILE, et al.,                                              21-cv-3799-JPO-SLC
                Plaintiffs,

      -against-                                           NOTICE OF CROSS-MOTION

ETHICAL CULTURE FIELDSTON
SCHOOL, et al.,

                Defendants.
-----------------------------------------------------x

      Please Take Notice that, based upon the accompanying Declaration of Kim Emile, dated August 16, 2023, the supporting Memorandum of Law, dated August 16, 2023, the exhibits attached thereto, and the prior proceedings in this case, the Plaintiffs hereby cross-move for an Order:  (1) directing the Plaintiff's former counsel, The Cochran Firm and Derek Sells, to arbitrate any and all issues and disputes between themselves and the Plaintiffs pursuant to the arbitration provisions in their retainer agreements; and (2) granting the Plaintiffs such further and additional relief as the Court deems just and proper.

Dated:  August 16, 2023

                                                      *s/Nathaniel B. Smith*

                                                    _____
                                                    Nathaniel B. Smith
                                                    225 Broadway – Suite 1901
                                                    New York, New York 10007
                                                    212-227-7062
                                                    natbsmith@gmail.com

                                                    John Lenoir
                                                    4603 Parkwood Road
                                                    Austin, TX 78722
                                                    212-335-0250
                                                    john.lenoir@gmail.com

                                                    Attorneys for Plaintiffs