LAW OFFICE OF
**NATHANIEL B. SMITH**
ATTORNEY AT LAW
225 BROADWAY-SUITE 1901
NEW YORK, NEW YORK 10007

NATHANIEL B. SMITH
natbsmith@gmail.com

TEL: 212-227-7062
FAX: 212-656-1090

August 21, 2023

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square – Room 2101
New York, New York 10007

*Emile v. Ethical Culture Fieldston School, et al.,*
*21-cv-3799-JPO*

Dear Judge Oetken:

    As one of the plaintiffs' counsel in this action I am writing to request that the Court also approve the filing under seal of ECF Doc. # 125 –4, which is a copy of one of the documents that the Court approved for filing under seal last week (*i.e*, ECF Doc. # 147 –5.) The Clerk's Office has informed me that ECF Doc. # 125 –4 has been temporarily sealed and I should also make this application to the Court for an order sealing ECF Doc. # 125 –4, which I am now requesting by this letter motion.

---

Granted. The document at ECF No. 125-4 shall be placed under seal. So ordered.

August 21, 2023

---

Respectfully submitted,

Nathaniel B. Smith

J. PAUL OETKEN
United States District Judge