UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIM EMILE, ARIELLE EMILE, and A.C.E., a minor child<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ETHICAL CULTURE FIELDSTON SCHOOL, JESSICA L. BAGBY, NIGEL FURLONGE, CARL ANHALT, KYLE WILKIE GLASS, and "JOHN AND JANE DOES," said names being fictitious and intended to represent individual employees, staff, teachers, and personnel of Ethical Culture Fieldston School,<br><br>　　　　Defendants. | Civil Action No.: 1:21-cv-03799-JPO<br><br>Hon. J. Paul Oetken |

**NOTICE OF DEFENDANTS' MOTION FOR SANCTIONS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion for Sanctions, dated October 6, 2023, Defendants Ethical Culture Fieldston School, Jessica L. Bagby, Nigel Furlonge, Carl Anhalt, and Kyle Wilkie-Glass, by and through their undersigned counsel, will move this Court, before the Honorable J. Paul Oetken, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, at a time and date convenient for the Court, for sanctions imposed against the Plaintiffs. The basis for the motion is set forth in the accompanying memorandum of law.

Dated: October 6, 2023
      New York, New York

Respectfully submitted,

*/s/ Alan E. Schoenfeld*
Alan E. Schoenfeld
Debo P. Adegbile
Robert L. Boone
Alyson Zureick
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888
alan.schoenfeld@wilmerhale.com


Allyson T. Slater
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State St.
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
allyson.slater@wilmerhale.com

*Attorneys for Defendants Ethical Culture Fieldston School, Jessica L. Bagby, Kyle Wilkie-Glass, Nigel Furlonge, and Carl Anhalt*