UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIM EMILE, ARIELLE EMILE and A.C.E., a minor child,<br><br>      Plaintiffs,<br><br>v.<br><br>ETHICAL CULTURE FIELDSTON SCHOOL, JESSICA L. BAGBY, NIGEL FURLONGE, CARL ANHALT, KYLE WILKIE GLASS, and "JOHN AND JANE DOES," said names being fictitious and intended to represent individual employees, staff, teachers, and personnel of Ethical Culture Fieldston School,<br><br>      Defendants. | Case No. 1:21-cv-03799-JPO<br><br>**JUDGMENT** |

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 21, 2024, Plaintiffs' Second Amended Complaint is dismissed with prejudice. The Court shall retain jurisdiction to enforce the parties' settlement agreement. Final judgment is entered and the case is dismissed.

Dated: April 8, 2024

_____
J. PAUL OETKEN
United States District Judge