# WILMERHALE

**Alan E. Schoenfeld**

+1 212 937 7294 (t)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

May 14, 2024

**BY ECF**

The Honorable J. Paul Oetken
United States District Court
  for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:  *Emile v. Ethical Culture Fieldston School*, 21-CV-03799 (JPO)

Dear Judge Oetken:

    On behalf of both parties, I write to request a brief extension of time of two weeks (until May 29, 2024) for Defendants to pay Plaintiffs the agreed-upon settlement amount.

    Yesterday, Plaintiffs informed the Defendants that they require more time to review and complete certain tax-related, Medicare, and Medicaid forms that Defendants must receive before issuing payment.  Accordingly, Defendants will not be able to issue payment by the existing deadline (May 15, 2024).  *See* ECF No. 179.  Once Defendants receive those forms, they will promptly issue payment.  The parties propose a two-week extension.

    Respectfully submitted,

    */s/ Alan E. Schoenfeld*
    Alan E. Schoenfeld

cc: All Counsel of Record (via ECF)